UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 15-00134-SVW (KKx)** | Date | July 9, 2015 |
|---|---|---|---|
| Title | *Cecil Shaw v. Dore A. Reyes et al.* | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **ORDER for Defendant Reyes and Defense Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to File Confidential Settlement Conference Statement (IN CHAMBERS)**

On April 13, 2015, the Honorable Stephen V. Wilson referred this matter for a settlement conference. (ECF Docket No. ("dkt.") 24). On April 29, 2015, the Court issued an Order Regarding Settlement Conference, ordering the parties to submit a Confidential Settlement Conference Statement five court days prior to the date of the settlement conference. (Dkt. 25). On June 8, 2015, the settlement conference was scheduled for July 10, 2015. (Dkt. 27). Hence, according to the Court's April 29, 2015 order, the deadline for submitting Confidential Settlement Conference Statements was Thursday, July 2, 2015.[1]

As of this date, the Court has not received a Confidential Settlement Conference Statement from defendant Dore A. Reyes. The Court ORDERS defendant Dore A. Reyes and defendant's counsel, Fredric J. Greenblatt, to show cause why they should not be sanctioned in the amount of $1,000 each for their failure to comply with the Court's order. Defendant and defense counsel shall respond in writing to this Order to Show Cause and submit the required filings no later than **July 15, 2015.**

   **IT IS SO ORDERED.**

---

[1] Friday, July 3, 2015, was a court holiday.

Initials of Deputy Clerk dts__