# GreenblattLoveridge
**ATTORNEYS AT LAW**

22151 Ventura Boulevard, Suite 200
Woodland Hills, California 91364-1600
Telephone: (818) 992-1188
Facsimile:  (818) 992-7687
Writer's E-Mail: fjg@greenblattlaw.com

May 6, 2015

**FOR SETTLEMENT PURPOSES ONLY PROTECTED COMMUNICATION
UNDER FEDERAL AND STATE LAWS**

**VIA ELECTRONIC TRANSMISSION dennisp@potterhandy.com
AND U.S. MAIL**
dennisp@potterhandy.com
Dennis Price, Esquire
P.O. Box 262490
San Diego, CA 92131

Re:  Cecil Shaw v. Dore A. Reyes
     Case No. 5:15-cv-00134-SVW-KK

Dear Mr. Price:

It was a pleasure meeting you at our Initial Status Conference.

Consistent with our discussions, I am enclosing photographs in addition to the photographs that we shared in Judge Wilson's courtroom. You will note that the photographs include the following:

1. Photographs of the handicap restroom door with the handicap door handle.
2. Photographs of the handicap parking space appropriately striped, marked, and with signage (this is in addition to the handicap space that had previously existed in this parking lot that accommodates approximately 10-12 cars.

As I had indicated to you and Ms. Grace, the Plaintiff, Dore A. Reyes, has spent almost $30,000.00 to repair and conform the parking lot to ADA requirements.

He is on a payment plan with the contractor. He has paid a little more than half of the $30,000.00 and is making monthly payments on the balance. We are also enclosing a copy of the contract evidencing the work done and the cost of the work to the parking area to respond to your client's complaint and as set forth above have the parking lot conform to ADA requirements.

As I have indicated before, the Defendant is a real property owner and business operator of a "mom and pop" Mexican restaurant located in Palm Springs, California. The Defendant and his wife are the cook, waiter and bottle washer for this family owned restaurant. The building is 70-80 years old. I have shown you pictures with tape measurements evidencing that there are no

MAY 0 3 2015
RECEIVED

Dennis Price, Esquire
May 6, 2015
Page 2

barriers for a wheelchair and that the path of travel over the entire restaurant and the path of travel to the restroom is thirty six (36) inches or more.

    Please do not forget that the Plaintiff by his own admission and pleadings, never used the restroom. We discussed that the other allegations of the complaint did not apply to this restaurant.

    In light of the above and in a attempt to resolve this matter at this early time before any discovery is done or any other further costs are expended on this matter, I am prepared to make the following Settlement Offer to you.

    A.    Parties will enter into a Mutual Dismissal.
    B.    Plaintiff will dismiss his loss with prejudice.
    C.    Each side will bear their own costs and expenses.
    D.    Defendant, Dore A. Reyes will pay to Plaintiff the sum of fifteen hundred dollars ($1,500.00) payable in two (2) installments. The first installment shall be paid upon execution of the Settlement Agreement. The second installment shall be paid thirty (30) days thereafter.

    Finally, as we are engaging in settlement discussions, I would respectfully request that you extend the time for Defendant to respond to discovery in this matter for fourteen days (14) to permit the settlement process to reach a conclusion.

    Lastly, my eighty six and a half (86 ½) year old mother is having issues in New York and I will be out of the office Thursday afternoon, Friday and Monday morning. I will have limited access to emails. Please review the settlement proposal with your client and provide me with your hopefully positive response.

    Thank you for your continuing courtesy and cooperation.

I remain,

                                        Very truly yours,

                                        GreenblattLoveridge
                                        Attorneys at Law

                                        FREDRIC J. GREENBLATT

FJG:kg
Enclosures
cc:    Client



Sent from my iPad



Case 5:15-cv-00134-SVW-KK Document 36-5 Filed 09/15/15 Page 4 of 7 Page ID #:143

# Fredric J. Greenblatt

**From:** Dore <jjsoasisislatino@gmail.com>
**Sent:** Tuesday, May 05, 2015 3:47 AM
**To:** Fredric J. Greenblatt
**Subject:** More pictures



Sent from Samsung tablet



1

*Courtmaster Sports, Inc.*
*Contract #6210*
Page 2

## GUARANTEE:

All labor and materials are to be supplied COURTMASTER SPORTS, INC., and are guaranteed for a period of **one (1) year** under normal weather and usage conditions.

2. **CONTRACT PERIOD AND RIGHT TO WORK:** Prices quoted in this contract are valid for thirty *days from date of presentation. Contractor reserves the right to commence work within thirty (30) days of* contract acceptance.

The provisions set forth upon the reverse here of and any attached pages hereto are hereby incorporated in and made part of this CONTRACT.

**IN WITNESS WHEREOF,** the parties have executed this CONTRACT THE DAY AND YEAR SET FORTH BELOW:

OWNER                                         CONTRACTOR
BY: _Dore Reyes_ (signature)                  BY: _Jeff Brooker_ (signature)
                                                  JEFF BROOKER

Date: 3/27/15                                 Date: _____MARCH 27, 2015_____

## CONTRACTOR AND OWNER AGREE AS FOLLOWS:

1 CONTRACTOR PROPOSES TO FURNISH ALL SERVICES, INCLUDING LABOR, EQUIPMENT AND MATERIAL TO PERFORM THE:

## REMOVE AND REPLACE CONCRETE DRIVEWAY AND PARKING AREA. INSTALL 200 YEAR DRYWELL AND TRASH BIN ENCLOSURE.

The price hereinafter stated and according to the plans and specifications listed below and on Pages 2 for the OWNER who, on properly executed acceptance of the contract (hereinafter "AGREEMENT"), promises to purchase from CONTRACTOR all of the services and goods necessary to complete PROJECT, subject to all other terms and conditions of this Agreement.

## DESCRIPTION OF WORK:

1. Locate underground utilities
2. Remove existing shade tree
3. Remove existing trash enclosure
4. Remove existing concrete parking lot and driveway
5. Install new 200 year rain drywell at north end of parking lot
6. Grade and compact site
7. Install forms
8. Import 3 inches Class II Base, fine grad and compact
9. Install reinforcement system using #3 bar 12 inches on center both directions.
10. Place and finish 5 inches 4,000 PSI Ready-mix Concrete from Superior
11. Construct trash bin enclosure as per city specs
12. Layout and stripe parking lot using approved ADA Plans and Specs

## COST:

Total cost according to preceding specifications:     $29,500.00

## PAYMENT TERMS:

10% Deposit
20% After Installation of drywell                             $2,950.00
30% After removal of existing trash bin enclosure,            $5,900.00
    Concrete driveway and parking area.
30% After placing concrete                                    $8,850.00
10% After striping and construction of trash enclosure        $8,850.00
                                                              $2,950.00

## ADDITIVE ALTERNATIVE:

Demo and reconstruct ramp for ADA use          $2,500.00