**From:** Phyl Grace
**Sent:** Monday, May 18, 2015 10:23 PM
**To:** 'fjg@greenblattlaw.com'
**Subject:** Shaw v. Reyes

Mr. Greenblatt:

Thank you for your recent communication regarding the above-referenced matter. Your efforts at resolution are very much appreciated.

While we are unable to accept the offer of $1,500, we are able to counter in the amount of $13,500, in addition to bringing the issues addressed in the Complaint into compliance. If this is acceptable, we will forward a settlement agreement for review and execution.

Thank you for your courtesy.

Very truly yours,


Phyl Grace
Attorney
PhylG@PotterHandy.com
Please note the address change
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**New Mailing Address:**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA 92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an in any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communicatio destroy all copies of the message. To contact us directly, send to info@potterhandy.com. **Tax Opinion Disclaimer:** To comply with IRS regulations, we advise that any discussion of Feder or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any trans