| | |
|---|---|
| **From:** | Mark Potter |
| **Sent:** | Sunday, June 28, 2015 4:21 PM |
| **To:** | 'Fredric J. Greenblatt'; Phyl Grace; Ray Ballister; 8189927687@metrofax.com |
| **Subject:** | RE: Shaw v. Reyes |

Fredric:

You are right, we both should be enjoying this beautiful weekend rather than working.

I'm sorry if there is anything that was done by my office or me that came across in anyway like stonewalling. The last thing we want to do is obstruct settlement. The Court has Ordered short dates in this case and we have to settle or file dispositive motion(s) right away, so let's get down to brass tacks. I'll grant you our demand had fluff to it. This is common/appropriate 'cause we need to leave room to move so and to be able to negotiate in good faith. I will you're your client the same benefit of the doubt by making an offer of only $1,500 when the Plaintiff is entitled to a minimum penalty of $4,000 plus attorney fees and costs. The problem with getting down to the brass tacks is that it doesn't leave room to move and might cause your client to dig in his heels where we might have otherwise been able to get a settlement if we had room to make a face saving move.

I will be frank with you that the reason we demanded $3,000 plus attorney fees and costs to be determined by the Court is to create a record of Plaintiff being willing to settle this case for less than what he is entitled to. This isn't some trick, however, Plaintiff is and will continue to settle the monetary portion of his claims for this. However, since your client would like an all-inclusive monetary demand, Plaintiff will settle the his entire monetary demand for $11,000. This all-inclusive number will not remain open because additional fees continue to be incurred. I am preparing to file a Motion for Summary Judgment that will take a lot of work to complete so please get back to me as soon as you can.

Thanks,

Mark Potter
Attorney
Mark@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**Mailing Address:**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA 92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an in any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Feder or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any trans

---

**From:** Fredric J. Greenblatt [mailto:fjg@greenblattlaw.com]
**Sent:** Sunday, June 28, 2015 8:21 AM
**To:** Mark Potter; Phyl Grace; Ray Ballister; 8189927687@metrofax.com
**Subject:** RE: Shaw v. Reyes

Mark,

You are working much too late. I have consistently been a voice of wanting to resolve this matter but feel like I have been stonewalled from yours from the plaintiff side. I will discuss the new offer of $3000 with Mr Reyes and would appreciate a demand for the attorney's fees to potentially avoid the need for a motion. I am still looking for a global settlement and believe we may be able to accomplish something this week.. I will look to you for guidance and for reasonableness. enjoy the rest of the weekend.

FredricJ Greenblatt


Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: Mark Potter <mark@potterhandy.com>
Date: 06/28/2015 2:43 AM (GMT-08:00)
To: Phyl Grace <PhylG@potterhandy.com>, Ray Ballister <rayballister@potterhandy.com>, "Fredric J. Greenblatt" <fjg@greenblattlaw.com>, 8189927687@metrofax.com
Subject: RE: Shaw v. Reyes

Mr. Greenblatt:


I am working on a Motion for Summary Judgment for this case as trial is rapidly approaching.  In reviewing the case I do not see that your client has offered to fix the facility or pay more than $1,500.  I see Ms. Grace's counter below, but no response from you.  Ms. Grace's demand below is not a line in the sand.  Please get back to us regarding settlement in the near future to avoid the need for significantly more fees and costs to be incurred.


It is my understanding that the minimum penalty of $4,000 applies in this case; please let me know if I'm mistaken.  As an alternative to Ms. Grace's demand below, Plaintiff would settle the monetary portion of this case for $3,000 and have the amount of attorney fees and costs determined by the Court via a Noticed Motion.  Plaintiff also demands readily achievable barrier removal by an agreed date as well.


I look forward to hearing from you.


Thank you,

**From:** Phyl Grace
**Sent:** Monday, May 18, 2015 10:23 PM
**To:** 'fjg@greenblattlaw.com'
**Subject:** Shaw v. Reyes

Mr. Greenblatt:

Thank you for your recent communication regarding the above-referenced matter.  Your efforts at resolution are very much appreciated.

While we are unable to accept the offer of $1,500, we are able to counter in the amount of $13,500, in addition to bringing the issues addressed in the Complaint into compliance.  If this is acceptable, we will forward a settlement agreement for review and execution.

Thank you for your courtesy.

Very truly yours,

Phyl Grace

Attorney

PhylG@PotterHandy.com

Please note the address change

Ph: (858) 375-7385

Fx: (888) 422-5191

POTTER HANDY, LLP

**New Mailing Address:**

**P.O. Box 262490**

San Diego, CA 92196-2490

Delivery Address:

9845 Erma Road Suite 300

San Diego, CA  92131

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an in any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communicatio destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Feder or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any trans