# GreenblattLoveridge
ATTORNEYS AT LAW

22151 Ventura Boulevard, Suite 200
Woodland Hills, California 91364-1600
Telephone:  (818) 992-1188
Facsimile:   (818) 992-7687
Writer's E-Mail: fjg@greenblattlaw.com

July 6, 2015

**FOR SETTLEMENT PURPOSES ONLY
PROTECTED COMMUNICATION UNDER FEDERAL AND STATE LAWS**

**By Fax and U.S. Mail**
**dennisp@potterhandy.com**

Mark Potter, Esquire
P.O. Box 262490
San Diego, CA 92131

    Re:    Cecil Shaw v. Dore A. Reyes
           USDC Case No. 5:15-cv-00134-SVW-KK

Dear Mr. Potter:

    I hope you enjoyed this past holiday weekend.  With that said, I agree that we should get down to brass tacks and see if this matter can be resolved.

    As I have previously indicated to your office, the Plaintiff, Dore A. Reyes, has spent almost $30,000.00 to repair and conform the parking lot to ADA requirements.

    He is on a payment plan with the contractor.  He has paid a little more than half of the $30,000.00 and is making monthly payments on the balance.  As I have further indicated, the Defendant is a real property owner and business operator of a "mom and pop" Mexican restaurant located in Palm Springs, California.  The Defendant and his wife are the cook, waiter and bottle washer for this family owned restaurant.

    The building is 70-80 years old.  I have shown your office evidence that all of the issues in your Complaint have been addressed.  *(I once again remind you that the Plaintiff, by his own admission and pleadings, never used the restroom.  Also, many of the other allegations of the Complaint do not apply to this restaurant and defendant.)*

    In light of the above (both factually and financial ability) and in an attempt to resolve this matter at this early time before any discovery is done or any other further costs are expended on this matter, I am prepared to make the following revised Settlement Offer to you.

    A.    Parties will enter into a Mutual Dismissal.

    B.    Plaintiff will dismiss his Complaint with prejudice.

RECEIVED
JUL 0 8 2015

Mark Potter, Esquire
July 6, 2015
Page 2

    C.    Defendant, Dore A. Reyes will pay to Plaintiff the sum of two thousand five hundred dollars ($2,500.00) payable in two (2) installments. The first installment shall be paid upon execution of the Settlement Agreement. The second installment shall be paid thirty (30) days thereafter.

    D.    Defendant will further pay attorney's fees in the amount of two thousand dollars ($2,000.00) payable in two (2) installments after the payment of Item C above. (Mark, most respectfully, your office filed a Complaint, attended a Status Conference, sent out discovery and sent out a notice of deposition. In addition there were some telephone conversations with me and, of course, your settlement e-mails.) (Again, most respectfully, I am hard pressed to believe that your office has invested more than five (5) or six (6) hours in this matter. I am attempting to be fair and reasonable on the attorney's fees, but also not to set Mr. Reyes up for failure or a bankruptcy.)

Finally, while we are still engaging in settlement discussions, I would respectfully request that you extend the time for Defendant to respond to any discovery in this matter for at least another fourteen days (14) to permit the settlement process to bring us to a mutually agreeable conclusion.

Please review the settlement proposal with your client and provide me with your hopefully positive response.

Thank you for your continuing courtesy and cooperation. Best regards,

I remain,

Very truly yours,

**GreenblattLoveridge**
Attorneys at Law

FREDRIC J. GREENBLATT

FJG:kg
cc: Client