| | |
|---|---|
| **From:** | Phyl Grace |
| **Sent:** | Tuesday, July 7, 2015 7:06 PM |
| **To:** | 'fjg@greenblattlaw.com' |
| **Subject:** | Shaw v. Reyes |

Mr.. Greenblatt:

Thank you for the $4,500 offer of settlement.  The best offer I can make at this point is for $3,000 and submit the attorney fees and costs via noticed motion for a determination as to reasonableness.

Let me know if this works.