| | |
|---|---|
| From: | Fredric J. Greenblatt <fjg@greenblattlaw.com> |
| Sent: | Wednesday, July 8, 2015 5:09 PM |
| To: | Phyl Grace |
| Subject: | RE: Shaw v. Reyes |

Phyl,

I have persuaded Mr Reyes to agree to the $3,000 settlement for the plaintiff. I told him you would owe us one when you came to the attorney's fees lol. Please advise the court that the matter has been settled and we will not be appearing on Friday in Riverside.

I look forward to resolving your attorney's fee matter as well.

Best

Fredie

Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: Phyl Grace <PhylG@potterhandy.com>
Date: 07/08/2015 10:10 AM (GMT-08:00)
To: "Fredric J. Greenblatt" <fjg@greenblattlaw.com>
Subject: RE: Shaw v. Reyes

These costs are ones that would have been required in any event, regardless of this litigation.  In fact, remediation is a benefit to your client as a good portion of those repairs are tax deductible.  I've offered payments and a compromise on damages.  I think this is the best that can be done.


**From:** Fredric J. Greenblatt [mailto:fjg@greenblattlaw.com]
**Sent:** Wednesday, July 08, 2015 10:07 AM
**To:** Phyl Grace
**Subject:** RE: Shaw v. Reyes


Phil, I appreciate all your efforts to get this case resolved. However you are forgetting the payments that need to be paid made for the work that was done on the parking lot and at some point in time for your attorney's fees. 500 dollars is a lot of money to Mr Reyes. He has not agreed to go to 3000 probably because he cannot. It would be a shame to lose our proposed settlement for the small difference. Please work on having your client accept the 2500 dollars in two payments and we can agree to the stipulated judgment and the terms you have set forth.

1

Fredie

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Phyl Grace <PhylG@potterhandy.com>
Date: 07/08/2015 9:58 AM (GMT-08:00)
To: "Fredric J. Greenblatt" <fjg@greenblattlaw.com>
Subject: RE: Shaw v. Reyes

How about 3k, in 2-3 payments.  We are able to consider payments provided a stipulated judgment is also agreeable.  This document does not get filed unless there is a default in the payments, but since we file a dismissal of the case on receipt of the first payment, the stipulated judgment asks for $1,500 in attorney fees/costs to file a motion to reopen the case and file the judgment.  The stipulated judgment will also seek interest of 10% annually.

The additional fees and the interest DO NOT NEED TO BE PAID, as this stipulated judgment is held in the file and is filed with the court ONLY if payments are not made as agreed.

---

**From:** Fredric J. Greenblatt [mailto:fjg@greenblattlaw.com]
**Sent:** Wednesday, July 08, 2015 9:51 AM
**To:** Phyl Grace
**Subject:** RE: Shaw v. Reyes

don't know that I can get Mr Reyes to 3000. If you agree to 2500 in two payments we have a deal and can avoid going to Riverside County. We can submit the attorney's fees on motion.

Do we have a deal??

2

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Phyl Grace <PhylG@potterhandy.com>
Date: 07/08/2015 9:28 AM (GMT-08:00)
To: "Fredric J. Greenblatt" <fjg@greenblattlaw.com>
Subject: RE: Shaw v. Reyes

I think the 3k and submit is an excellent compromise.

**From:** Fredric J. Greenblatt [mailto:fjg@greenblattlaw.com]
**Sent:** Wednesday, July 08, 2015 8:21 AM
**To:** Phyl Grace
**Subject:** RE: Shaw v. Reyes

Phil hit your email and lost it. Can you resend please

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Phyl Grace <PhylG@potterhandy.com>
Date: 07/07/2015 7:05 PM (GMT-08:00)
To: "Fredric J. Greenblatt" <fjg@greenblattlaw.com>
Subject: Shaw v. Reyes

Mr.. Greenblatt:

Thank you for the $4,500 offer of settlement.  The best offer I can make at this point is for $3,000 and submit the attorney fees and costs via noticed motion for a determination as to reasonableness.

3

Let me know if this works.

4