**From:** Phyl Grace
**Sent:** Tuesday, July 14, 2015 10:25 AM
**To:** 'Fredric Greenblatt'
**Subject:** RE: Shaw v. Reyes

Can you get to $6,500. I don't think I can get lower than this.
-----Original Message-----
From: Fredric Greenblatt [mailto:fjgreenblatt@icloud.com]
Sent: Tuesday, July 14, 2015 9:07 AM
To: Phyl Grace
Cc: Kumara Gibbs; Fredric Greenblatt
Subject: Shaw v. Reyes

Phyl,

I have obtained Mr. Reyes signature on the settlement documents and will forward same to you later today. I Imagine you've seen that I have filed an opposition to the OSC.

I would still like to see if we can resolve the attorneys fee issue. I have worked very hard with Mr. Reyes who quite frankly still does not understand all of this and have gotten him to agree to pay $4000 for the attorneys fees and costs. Please be assured this took much work on my part. Obviously it would need to Be paid in installments but I don't think that's an issue for you.
Please advise if we are done. It would be nice to have a deal.
Fredie
Sent from my iPad