FILED
CLERK, U.S. DISTRICT COURT

Oct 27, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_PMC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Cecil Shaw**, <br><br>　　　Plaintiff, <br><br>　v. <br><br>**Dore A. Reyes**; and Does 1-10, <br><br>　　　Defendants. | Case 5:15-CV-00134-SVW-KKX <br><br> Proposed Judgment Re: Attorney's Fees |

1  Upon review of the court files, the stipulation for judgment and the
2  Plaintiff's motion for attorney's fees and costs, it is hereby ordered and
3  adjudged that plaintiff Cecil Shaw shall have JUDGMENT in his favor in
4  the amount of $13,175 against defendant Dore A. Reyes.

Dated: Oct 27, 2015  By: _____
United States District Judge
STEPHEN V. WILSON

*Presented by*:
Dennis Proce, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff